Peter Treolo, appellee, v. Iroquois Auto Insurance Underwriters, appellant. Gen. No. 8,107.

Opinion filed August 29, 1931.

Mann & Coleman and Shelby E. Hood, for appellant. Hinchcliff, Miller & Thomas, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Metropolitan Life Insurance Company, defendant in error, v. John Versackas, plaintiff in error. Gen. No. 8,244.

Opinion filed August 29, 1931.

Hall & Dusher, for plaintiff in error. Early & Early, for defendant in error.

Mr. Presiding Justice Jones delivered the opinion of the court.

George Appel et al., as trustees of Henry Appel, deceased, defendants in error, v. Mary Aykens and Henry Aykens, plaintiffs in error. Gen. No. 8,262.

Opinion filed August 29, 1931.

North, Linscott, Gibboney & North, for plaintiffs in error. Mammenga & Kerr, for defendants in error; W. P. Fearer, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

Richard J. T. Skinner, a minor, by John Skinner, his father and next friend, appellee, v. Karl Schoening, appellant. Gen. No. 8,272.

Opinion filed August 29, 1931.

Shelby E. Hood and Hyer & Gill, for appellant. Fred H. Smith and Lisle W. Menzimer, for appellee; Lisle W. Menzimer, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

Bertha Lueck, appellee, v. George Roschek, appellant. Gen. No. 8,282.

Opinion filed August 29, 1931.

Barr & Barr and Mann & Coleman, for appellant. Pence B. Orr and C. Helmer Johnson, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.